Brian R. Talcott, OSB No. 965371
Email: btalcott@dunncarney.com
Eric A. Kekel, OSB No. 923512
Email: ekekel@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
Telephone: (503) 224-6440
Facsimile: (503) 224-7324

Attorneys for Defendant QBE Insurance Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JAMES W. FOWLER CO.**, an Oregon company,<br><br>Plaintiff,<br><br>v.<br><br>**QBE INSURANCE CORPORATION**, a foreign insurance company,<br><br>Defendant. | No. 3:18-CV-01705-SI<br><br>**FINAL JUDGMENT** |

Based on this Court's July 24, 2020 Opinion and Order (ECF 65) and the parties' damages stipulation (ECF 69), and while otherwise preserving defendant QBE Insurance Corporation's right to appeal from the judgment to challenge the legal rulings in the Court's July 24, 2020 Opinion and Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff James W. Fowler Co. shall have judgment in its favor, and against defendant QBE Insurance Corporation, in the amount of $2,350,766.65, consisting of $1,748,316.00 in damages, $361,685.87 in pre-judgment interest, and $240,764.78 in attorney fees and costs.

September 24, 2020

_____
Hon. Michael H. Simon
United States District Court Judge