UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES W. FOWLER CO., an Oregon Company,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>QBE INSURANCE CORPORATION, a foreign insurance company,<br><br>    Defendant - Appellant. | No. 20-35926<br><br>D.C. No. 3:18-cv-01705-SI<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered October 21, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $431.40.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7