# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **JAMES W. FOWLER CO.**<br>    Plaintiff, | Case No.: 3:18–cv–01705–SI |
| v. | **SUPPLEMENTAL JURY TRIAL MANAGEMENT ORDER REGARDING THE JERS SYSTEM** |
| **QBE INSURANCE CORPORATION**<br>    Defendant. | |

### SUPPLEMENTAL JURY TRIAL MANAGEMENT ORDER REGARDING USE OF THE JERS SYSTEM

To facilitate the use of the Jury Evidence Recording System (JERS) during trial in this action:

**IT IS HEREBY ORDERED** that no later than , the parties shall submit their trial exhibits to the Court in electronic form per the instructions in the *Submission Requirements for Electronic Trial Exhibits* document found at ord.uscourts.gov/jers–exhibits.

Counsel shall contact the Courtroom Deputy to arrange for a demonstration of the JERS system, at which time counsel may wish to have present any staff member involved with the preparation or presentation of trial exhibits.

**DATED** this 11th day of April, 2022        /s/Michael H. Simon

                        Honorable Michael H. Simon
                        United States District Judge.